```
                                IT IS HEREBY ADJUDGED
                                and DECREED this is SO
                                ORDERED.
```

**TIFFANY & BOSCO**
P.A.

Dated: October 14, 2009



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-10733/74304205

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Lisa E. Morella<br>      Debtor.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>      Movant,<br>  vs.<br><br>Lisa E. Morella, Debtor, Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-bk-06057-SSC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #35) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 17, 2006 and recorded in the office of the Maricopa County Recorder wherein BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is the current beneficiary and Lisa E. Morella has an interest in, further described as:

> Parcel 1:
> Unit 103, THIRD AVENUE LOFTS, a Condominium, according to Declaration of Condominium recorded in Document No. 2002·0281125, and First Amendment recorded in Document No. 2004-1411415, and plat recorded in Book 580 of Maps, Page 27, and Amended in Book 714 of Maps, page 12, and Affidavit of Correction recorded in Document No. 2002-0375554, in Document No. 2002-0919127, and in Document No. 2005-0224794, records of Maricopa County, Arizona;
>
> Parcel 2:
> Perpetual non·exclusive easements for passenger vehicles and pedestrian ingress, egress and driveway purposes, non·exclusive pedestrian easements for ingress, egress and walkway purposes, trash removal and access, underground condominium garage, and rights incident thereto as set forth in Amended and Restated Declaration, Reservations and Agreement of Conditions, Restrictions, Easements, Servitudes and Liens recorded in Document No. 970879395, and First Amendment recorded in Document No. 000134571, and Second Amendment recorded in Document No. 2001 0067667, official records of Maricopa County, Arizona.
>
> EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances or a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description and except all uranium, thorium or any other minerals which is or may be determined to be peculiarly essential to the production of fissionable materials whether or not of commercial value, as set forth in Section 37-231, ARS.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT